IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00485-LTB

MUSTAPHA D.R. TORAIN,

    Plaintiff,

v.

TIM JOSH,
SGT. FOSTER, and
NARCOTIC DIVISION,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 4, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 4 day of April, 2013.

                                           FOR THE COURT,

                                           JEFFREY P. COLWELL, Clerk

                                           By: s/ S. Grimm
                                                   Deputy Clerk